The People of the State of New York, Respondent, v. William R. Ferris, Appellant.— Motion by appellant to dispense with printing on appeal from a judgment of the Supreme Court, Queens County, rendered January 14, 1966. Motion denied, without prejudice to renewal upon a showing by

defendant that he delivered a timely notice of appeal to the prison censor or correspondence department, supported by an affidavit of the prison censor or other prison official stating the date he received the notice of appeal. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.